# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1093

_____

In re: Herman Eugene Paulson, Eugene Paulson

*Debtor*

------------------------------

Herman Eugene Paulson

*Appellant*

v.

Daniel McDermott; Sunflour Railroad, Inc.

*Appellee*s

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: September 5, 2017
Filed: September 8, 2017
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Herman Paulson appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] denial of his post-judgment motions in his Chapter 13 bankruptcy case. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Charles L. Nail, Jr., Chief Judge, United States Bankruptcy Court for the District of South Dakota.